Dismissed and Opinion filed April 10, 2003









Dismissed and Opinion filed April 10, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00227-CV

____________

 

MESHEKOW
OIL RECOVERY CORPORATION, EDSG SYSTEMS LLC, and ROBERT L. MESHEKOW,
Appellants

 

V.

 

TEXACO
GROUP LLC, Appellee

 



 

On Appeal from the 270th District Court

Harris
County, Texas

Trial Court Cause No. 02-53387

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 21, 2003.

On March 31, 2003, the parties filed a joint motion to
dismiss the appeal because appellants no longer desire to prosecute their
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed April 10, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.